# MARIUS C. WESSER
ATTORNEY & COUNSELLOR AT LAW


JUN 23 2008
CHAMBERS OF
DENISE COTE

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/08
```

June 17, 2008

HON. DENISE L. COTE, USDJ
US District Court, Southern District of NY
500 Pearl Street, Courtroom 11B
New York, New York 10007

**MEMO ENDORSED**

    Re:    Kalman Konsistorum v. Craig Schiff
           Docket No.: 08 CIV. 3766 (DLC)

Dear Judge Cote:

    I am trial counsel to the plaintiff in the above matter, currently scheduled for a pretrial conference before your Honor on Friday June 27, 2008 at 11:30 A.M.

    The purpose of this letter is to request that said conference be re-scheduled to Friday July 11 or 18, 2008, at any time that is convenient for the Court.

    The reason for this request is that I am scheduled to begin jury selection on Thursday June 26, 2008 in a matter on trial in the Supreme Court of the State of New York, New York County. The title of that case is *Rosemarie Ozioli v. Broadway Sky, LLC, et al.* The index number is 401796/2005. I expect that trial to last approximately two weeks.

    The other parties to this action have consented to the adjournment I am requesting.

           Respectfully,

           MARIUS C. WESSER (MW8881)

MCW:
cc: Kenneth Gresham, Eustace & Marquez

*The conference is adjourned to July 25 at 3:00 pm.*

*Denise Cote*
*June 23, 2008*

323 WASHINGTON AVENUE . SECOND FLOOR . BROOKLYN . NY . 11205
TEL 718.230.8080  FAX 718.643.0845  EMAIL mcw@mwesser.com