UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KALMAN KONSISTORUM,<br><br>       *Plaintiff,*<br><br>- against -<br><br>CRAIG SCHIFF,<br><br>       *Defendant.* | Docket No.:<br>08 CIV. 3766 (DLC)<br><br>NOTICE OF<br>RETENTION OF<br>TRIAL COUNSEL |

COUNSEL:

  PLEASE BE ADVISED that the undersigned is appearing as trial counsel to the plaintiff as of the date hereinbelow.

Dated: Brooklyn, New York
   August 18, 2008

              THE LAW OFFICES OF MARIUS C. WESSER, P.C.
              *Trial Counsel to Plaintiff*
              Office and P.O. Address:
              323 Washington Avenue, Second Floor
              Brooklyn, New York 11205
              Tel.: (718) 230-8080

              _____
              MARIUS C. WESSER (MW8881)

TO: EUSTACE & MARQUEZ
   *Attorneys for Defendant*
   Office and P.O. Address:
   1311 Mamaroneck Avenue
   White Plains, NY 10605
   Attn.: Kenneth Gresham

## AFFIRMATION OF SERVICE

MARIUS C. WESSER, an attorney and counsellor at law, duly admitted to practice before the Courts of the State of New York, and mindful of the penalties of perjury, hereby affirms the truth of the following:

1. I am not a party to this action; I am over eighteen years of age; and I reside in Brooklyn, New York.

2. On August 18, 2008, I served the within Notice of Trial Counsel upon the following at the address indicated:

> EUSTACE & MARQUEZ
> *Attorneys for Defendant*
> Office and P.O. Address:
> 1311 Mamaroneck Avenue
> White Plains, NY 10605
> Attn.: Kenneth Gresham

by depositing a true copy of same enclosed in a post-paid sealed wrapper, properly addressed, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Dated: Brooklyn, New York
       August 18, 2008

_____
MARIUS C. WESSER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
                                            )  Docket No.: 08 CIV. 3766 (DLC)
KALMAN KONSISTORUM,                         )
                                            )
                        *Plaintiff*,        )
                                            )
        - *against* -                       )
                                            )
CRAIG SCHIFF,                               )
                                            )
                        *Defendant*.        )
_____)

NOTICE OF TRIAL COUNSEL

THE LAW OFFICES OF MARIUS C. WESSER, P.C.
*Trial Counsel to Plaintiff*
Office and Post Office Address:
323 Washington Avenue, 2nd Flr.
Brooklyn, New York  11205
Tel.: (718) 230-8080