Case 1:08-cv-03766-DLC Document 12 Filed 02/19/09 Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

KALMAN KONSISTORUM,
                          Plaintiff,

          -v-

CRAIG M. SCHIFF,
                          Defendant.
------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/19/09

08 Civ. 3766 (DLC)

ORDER

DENISE COTE, District Judge:

The parties have sent a request to extend discovery to the
Magistrate Judge. As agreed at the conference on August 15,
2008, this case will be tried in May 2009. It is hereby

ORDERED that the parties may extend discovery deadlines on
consent so long as the pretrial order is submitted no later than
April 17, 2009.

SO ORDERED:

Dated:    New York, New York
          February 19, 2009

                                   DENISE COTE
                                   United States District Judge