```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
KALMAN KONSISTORUM,                     :
                        Plaintiff,      :
                                        :   08 Civ. 3766 (DLC)
            -v-                         :
                                        :        ORDER
CRAIG M. SCHIFF,                        :
                        Defendant.      :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

   It having been reported to this Court by plaintiff's counsel that this case has been settled, it is hereby

   ORDERED that the above-captioned action be, and hereby is, closed.  The Clerk of Court shall close this case.

   SO ORDERED:

Dated:    New York, New York
          April 21, 2009

                                     _____
                                              DENISE COTE
                                     United States District Judge